UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
ADOLFO ARREOLA and BERSABE
AGUILAR BARRIOS, *individually and on
behalf of others similarly situated,*

                           *Plaintiffs,*

      -against-

TACO CHULO LLC (D/B/A TACO
CHULO), DIJA AMER, and GRETA DANA

                          *Defendants.*
------------------------------------------------------- X

20-cv-03297

**PLAINTIFFS' NOTICE OF
ACCEPTANCE OF OFFER OF
JUDGMENT**

To:

    Stephen D. Hans
    Stephen D. Hans & Associates, P.C.
    30-30 Northern Boulevard
    Suite 401
    Long Island City, NY 11101
    718-275-6700
    Email: shans@hansassociates.com
    *Attorneys for Defendants*

PLEASE TAKE NOTICE that Plaintiff's ADOLFO ARREOLA and BERSABE AGUILAR BARRIOS, hereby accepts the offer of judgment made by Defendants TACO CHULO LLC (D/B/A TACO CHULO), DIJA AMER, and GRETA DANA, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated March 1, 2021. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: March 4, 2021

                                       MICHAEL FAILLACE & ASSOCIATES, P.C.

                          By: _____
                                       Gennadiy Naydenskiy
                                       60 East 42nd Street, Suite 4510
                                       New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620
*Attorneys for Plaintiff*

# EXHIBIT A

# STEPHEN D. HANS & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

NILS C. SHILLITO
ASSOCIATE
Tel: 718.275.6700
nshillito@hansassociates.com

March 1, 2021

*VIA FIRST CLASS MAIL*

Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165
Attn: Gennadiy Naydenskiy, Esq.

Re:   **Arreola, et ano. v. Taco Chulo LLC, et al.**
      **Case No. 20-CV-3297(KAM)(RER)**

Dear Mr. Naydenskiy:

Enclosed for service is a hard copy of the Defendants' Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated March 1, 2021, in connection with the above-referenced action. A PDF copy of this Offer of Judgment was also served by email today.

Sincerely,

Nils C. Shillito

**Enclosure**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADOLFO ARREOLA and BERSABE
AGUILAR BARRIOS,

                     Plaintiffs,

   -against-

TACO CHULO LLC (D/B/A TACO CHULO),
DIJA AMER and GRETA DANA,

                     Defendants.
------------------------------------------------------------X

Case No.: 20-CV-3297 (KAM)(RER)

**OFFER OF JUDGMENT
PURSUANT TO
FED. R. CIV. P. 68**

## OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the defendants Taco Chulo LLC, Dija Amer, and Greta Dana (collectively, the "Defendants") hereby offer to allow judgment to be entered in favor of plaintiffs Adolfo Arreola and Bersabe Aguilar Barrios (collectively, the "Plaintiffs") and against the Defendants jointly and severally in the amount of $50,000.00, on the following terms:

1. The judgment amount of $50,000.00 is inclusive of the claims of both Plaintiffs combined, and is *not* an offer of $50,000.00 for each individual plaintiff.

2. This Offer of Judgment is made to both of the Plaintiffs together and cannot be validly accepted by only one of the Plaintiffs. This Offer of Judgment can only be validly accepted via the unanimous, simultaneous acceptance of both of the Plaintiffs.

3. This Offer of Judgment is inclusive of all damages and relief sought by both of the Plaintiffs in this action, including but not limited to Plaintiffs' claims for allegedly unpaid wages, minimum wages, overtime compensation, spread-of-hours compensation, liquidated damages, statutory

damages and/or penalties, and pre-judgment interest, and is also inclusive of all attorneys' fees, litigation expenses and costs of suit incurred by the Plaintiffs to date in this action.

4. This Offer of Judgment is made by the Defendants to fully and finally resolve all claims asserted by the Plaintiffs against the Defendants in this action. Such claims include but are not limited to: (i) claims pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, as amended, for allegedly unpaid wages, minimum wages, overtime compensation, liquidated damages, statutory damages and/or penalties, attorneys' fees and costs; (ii) claims pursuant to the New York Labor Law, and related regulations promulgated by the NYS Commissioner of Labor, including but not limited to the NYS Wage Theft Prevention Act, for allegedly unpaid wages, minimum wages, overtime compensation, spread-of-hours compensation, liquidated damages, statutory damages and/or penalties, pre-judgment interest, attorneys' fees and costs; and (iii) claims for declaratory and/or injunctive relief relating to the alleged violations of the Fair Labor Standards Act and New York Labor Law.

5. This Offer of Judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and shall not constitute, operate, nor be construed as an admission of any kind by the Defendants that they have violated any federal, state or local statute, regulation, or common law, nor that Defendants are liable to the Plaintiffs or to any other individuals with respect to any of the claims asserted by the Plaintiffs in this action.

6. If not accepted, this Offer of Judgment expires on the fifteenth (15th) day after receipt by Plaintiffs' counsel. Any acceptance of this Offer of Judgment must be in writing. If not timely accepted, any evidence of this Offer of Judgment shall be inadmissible, except in connection with any motion or proceeding to attempt to recover costs or attorneys' fees in this action.

7. The terms of this Offer of Judgment are not subject to modification, amendment or

2

revision, and Plaintiffs must either accept or reject this Offer of Judgment on the terms explicitly set forth herein.

Dated: Long Island City, New York
       March 1, 2021

                                                STEPHEN D. HANS & ASSOCIATES, P.C.

By: _____
Nils C. Shillito (NS-6755)
30-30 Northern Boulevard, Suite 401
Long Island City, New York 11101
Tel: 718.275.6700
*Attorneys for the Defendants*

To:   Michael Faillace & Associates, P.C.
       60 East 42nd Street, Suite 4510
       New York, NY 10165
       *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney, a member of the Bar of this Court, hereby certifies that on March 1, 2021, I served a true and correct copy of the foregoing OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 upon:

Gennadiy Naydenskiy, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165
*Attorneys for the Plaintiffs*

by electronic mail (gnaydenskiy@faillacelaw.com) and by first class mail by enclosing a true copy of same in a properly addressed, postpaid wrapper, and by causing same to be deposited in an official depository under the exclusive care and custody of the United States Postal Service.

_____
Nils C. Shillito (NS-6755)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ADOLFO ARREOLA and BERSABE
AGUILAR BARRIOS, *individually and on behalf of others similarly situated,*

                                                 *Plaintiffs*,

-against-

TACO CHULO LLC (D/B/A TACO CHULO), DIJA AMER, and GRETA DANA

                                                *Defendants.*
---------------------------------------------------------X

**20-cv-03297**

**AFFIDAVIT OF SERVICE**

      GENNADIY NAYDENSKIY, being duly sworn, deposes and says:

      Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New Jersey.

On March 11, 2021, I emailed the Plaintiff's Notice of Acceptance of Offer of Judgment; to Defense counsel Stephen D. Hans, Esq. to:

Stephen D. Hans
Stephen D. Hans & Associates, P.C.
30-30 Northern Boulevard
Suite 401
Long Island City, NY 11101
718-275-6700
Email: shans@hansassociates.com
*Attorneys for Defendant*s

                                                _____s/_____
                                                      GENNADIY NAYDENSKIY