**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
ADOLFO ARREOLA and BERSABE AGUILAR BARRIOS, *individually and on behalf of others similarly situated,*

           *Plaintiffs,*

   -against-

TACO CHULO LLC (D/B/A TACO CHULO), DIJA AMER, and GRETA DANA

           *Defendants.*
-------------------------------------------------------X

20-cv-03297

**[Proposed] JUDGMENT**
**JUDGMENT**

    On March 11, 2021 Plaintiff's filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

    That the Plaintiff's ADOLFO ARREOLA and BERSABE AGUILAR BARRIOS have judgment against Defendants TACO CHULO LLC (D/B/A TACO CHULO), DIJA AMER, and GRETA DANA, in the amount of $50,000, (Fifty Thousand Dollars) which is inclusive of attorneys' fees and costs.

Dated: _____, 2021

So-Ordered March 12, 2021
The Clerk or Court shall enter final judgment

/s/ Kiyo A. Matsumoto
_____
**HON. KIYO A. MATSUMOTO**