UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ADOLFO ARREOLA and BERSABE AGUILAR
BARRIOS, individually and on behalf of others
similarly situated,

                            Plaintiffs,

   v.

TACO CHULO LLC (D/B/A TACO CHULO),
DIJA AMER, and GRETA DANA,

                            Defendants.
----------------------------------------------------------------X

JUDGMENT

20-cv-03297-KAM-RER

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 11, 2021; and Defendants TACO CHULO LLC (D/B/A TACO CHULO), DIJA AMER, and GRETA DANA, having offered plaintiff Plaintiffs ADOLFO ARREOLA and BERSABE AGUILAR BARRIOS an offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, , in the amount of $50,000, (Fifty Thousand Dollars) which is inclusive of attorneys' fees and costs; and an Order of the Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on March 12, 2021, directing the Clerk of Court to enter judgment in favor of Plaintiffs against Defendants in the amount of $50,000, (Fifty Thousand Dollars) which is inclusive of attorneys' fees and costs; it is

      ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiffs ADOLFO ARREOLA and BERSABE AGUILAR BARRIOS and against Defendants TACO CHULO LLC (D/B/A TACO CHULO), DIJA AMER, and GRETA DANA in the amount of $50,000, (Fifty Thousand Dollars) which is inclusive of attorneys' fees and costs.

Dated: Brooklyn, New York                            Douglas C. Palmer
       March 15, 2021
                                                   By:   <u>/s/Jalitza Poveda</u>
                                                               Deputy Clerk