UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ADOLFO ARREOLA and BERSABE AGUILAR :
BARRIOS, *individually and on behalf of others* :
*similarly situated,* :
  :
  : No. 20-cv-03297-KAM-RER
             Plaintiffs, :
     -against- :
  : **SATISFACTION OF JUDGMENT**
TACO CHULO LLC (D/B/A TACO CHULO), DIJA :
AMER, and GRETA DANA :
  :
             Defendants. :
------------------------------------------------------------ :
  :
  X

**WHEREAS**, a judgment was entered in the above action on the 15th of March 2021, in favor of Plaintiffs ADOLFO ARREOLA and BERSABE AGUILAR BARRIOS (together, "Plaintiffs") against Defendants TACO CHULO LLC (D/B/A TACO CHULO), DIJA AMER, and GRETA DANA, jointly and severally (collectively, "Defendants"), in the amount of $50,000, inclusive of all alleged damages for unpaid wages, liquidated and statutory damages, pre- and post-judgment interest, and attorneys' fees and costs (the "Judgment"); and

**WHEREAS**, Defendants have paid the judgment in full, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

**NOW THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
March 25, 2021

                                           Michael Faillace & Associates, P.C.

                                       By: _____
                                         Michael Faillace
                                         60 East 42nd Street, Suite 4510
                                         New York, New York 10165
                                         Telephone: (212) 317-1200
                                         Facsimile: (212) 317-1620
                                         *Attorneys for Plaintiffs*

STATE OF NEW YORK            )
                             )  ss.:
COUNTY OF New York           )

On the 25th day of March ___, 2021, before me personally came Michael Faillace to me known and known to be a member of the firm of Michael Faillace & Associates, P.C., attorneys for Plaintiffs in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

MARIA C BERRIOS
Notary Public - State of New York
NO. 01BE6316899
Qualified in New York County
My Commission Expires Dec 22, 2022

_____
Notary Public